UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Leonard and Madlyn Abramson Family Cancer Research Institute at the Abramson Cancer Center of the University of Pennsylvania,<br><br>      Plaintiff,<br><br>    v.<br><br>Craig Thompson, M.D., Agios Pharmaceuticals, Inc., and Celgene Corporation,<br><br>Defendants.<br>      Defendants. | **NOTICE OF APPEARANCE**<br><br>11 Civ. 09108 (NRB)<br>ECF Case |

## NOTICE OF APPEARANCE OF SANJAY MODY

Please take notice that the undersigned, of the law firm Wilmer Cutler Pickering Hale and Dorr LLP, is hereby entering an appearance as counsel of record for Defendant Agios Pharmaceuticals, Inc.

Dated: New York, New York

January 30, 2012

            WILMER CUTLER PICKERING HALE AND
            DORR LLP

            By:  /s/ Sanjay Mody
              Sanjay Mody
              399 Park Avenue
              New York, NY 10022
              Phone: (212) 295-6406
              Fax: (212) 230-8888
              E-mail: sanjay.mody@wilmerhale.com

*Attorney for Defendant Agios Pharmaceuticals, Inc.*