UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

THE LEONARD AND MADLYN ABRAMSON FAMILY          :
CANCER RESEARCH INSTITUTE AT THE ABRAMSON
CANCER CENTER OF THE UNIVERSITY OF              :
PENNSYLVANIA.,

                                        :          **11 CIV 9108 (NRB)**

                   Plaintiff,

                                          :

       -against-

                                          :

CRAIG THOMPSON, M.D., AGIOS                     :
PHARMACEUTICALS, INC. and CELGENE
CORPORATION,                                    :

                   Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

      I am admitted or otherwise authorized to practice in this court, and I appear in this case as

counsel for: Defendant Celgene Corporation

Dated:  New York, NY
        January 31, 2012

                               KAYE SCHOLER LLP

                               By:   /s/ Jennifer Chung_____
                                     Jennifer Chung
                             425 Park Avenue
                             New York, NY  10022
                             Tel: (212) 836-8000
                             jennifer.chung@kayescholer.com
                             *Attorneys for Defendant*
                             *Celgene Corporation*