USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/5/2012

Buchwald, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE LEONARD AND MADLYN
ABRAMSON FAMILY CANCER
RESEARCH INSTITUTE AT THE
ABRAMSON CANCER CENTER
OF THE UNIVERSITY OF
PENNSYLVANIA,

        Plaintiff,

        v.

CRAIG THOMPSON, M.D., AGIOS
PHARMACEUTICALS, INC., and
CELGENE CORPORATION,

        Defendants.

11-cv-09108 (NRB)
ECF Case

~~Proposed~~ Scheduling Order

With respect to the briefing of defendants' motions to dismiss the Third Amended Complaint in the above matter:

1. defendants shall file their respective initial motion papers no later than March 16, 2012;

2. opposition papers, if any, shall be filed no later than April 13, 2012;

3. reply papers, if any, shall be filed no later than April 27, 2012; and

4. the filing of the above papers via ECF shall be deemed sufficient service on all parties to this action with respect to these motions.

Dated: New York, New York
      March 5, 2012

SO ORDERED:

_____
Honorable Naomi R. Buchwald
United States District Judge