UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE LEONARD AND MADLYN ABRAMSON FAMILY CANCER RESEARCH INSTITUTE AT THE ABRAMSON CANCER CENTER OF THE UNIVERSITY OF PENNSYLVANIA,<br><br>Plaintiff,<br><br>v.<br><br>CRAIG THOMPSON, M.D., AGIOS PHARMACEUTICALS, INC., and CELGENE CORPORATION<br><br>Defendants. | 11-cv-09108 (NRB)<br>ECF Case<br><br>**NOTICE OF MOTION TO DISMISS**<br><br>**Oral Argument Requested** |

PLEASE TAKE NOTICE THAT, upon the accompanying memorandum of law, the Declaration of Allan J. Arffa, executed on March 16, 2011, and its accompanying exhibits, and all other papers and proceedings in this action, defendant Craig Thompson, M.D. will move this Court, before the Honorable Naomi Reice Buchwald, at a date and time to be determined by the Court, at the United States Courthouse, 500 Pearl Street, New York, New York, 10007, for an Order, pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(6), and 12(b)(7), dismissing the Third Amended Complaint in this action in its entirety as against Dr. Thompson. The basis for the motion is set forth in the accompanying memorandum of law.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Scheduling Order entered by the Court, papers in opposition to this motion are to be filed no later than April 13, 2012.

Dated:  New York, New York
        March 16, 2011

           Respectfully submitted,

           PAUL, WEISS, RIFKIND, WHARTON &
              GARRISON LLP

           By:   /s/ Allan J. Arffa
               Allan J. Arffa (aarffa@paulweiss.com)
               Eric Alan Stone (estone@paulweiss.com)

           1285 Avenue of the Americas
           New York, New York 10019-6064
           (212) 373-3000

           *Attorneys for Craig Thompson, M.D.*