UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
THE LEONARD AND MADLYN AB.                    Case No. 11cv9108
FAMILY CANCER RES.        Plaintiff,

    -against-

CRAIG THOMPSON, M.D., ET AL.    Defendant.
-------------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓]  I have cases pending          [ ]  I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**PETER J. SHEN**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: PS3696      My State Bar Number is: 4186813

I am,

[✓]  An attorney
[ ]  A Government Agency attorney
[ ]  A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: WILMER CUTLER PICKERING HALE AND DORR LLP
             FIRM ADDRESS: 399 PARK AVENUE, NEW YORK, NEW YORK 10022
             FIRM TELEPHONE NUMBER: 212-230-8800
             FIRM FAX NUMBER: 212-230-8888

NEW FIRM:    FIRM NAME: WILMER CUTLER PICKERING HALE AND DORR LLP
             FIRM ADDRESS: 7 WTC, 250 GREENWICH STREET, NY, NY 10007
             FIRM TELEPHONE NUMBER: 212-230-8818
             FIRM FAX NUMBER: 212-230-8888

[✓]  I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ]  I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: July 12, 2012                    /S/ PETER J. SHEN
                                        ATTORNEY'S SIGNATURE