Buchwald, J

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/12/2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
THE LEONARD AND MADLYN ABRAMSON FAMILY CANCER :
RESEARCH INSTITUTE AT THE ABRAMSON CANCER
CENTER OF THE UNIVERSITY OF PENNSYLVANIA,         :       11-cv-09108-NRB

                                    Plaintiff,           :
              -against-
                                                         :
CRAIG THOMPSON, M.D., AGIOS PHARMACEUTICALS,
INC. and CELGENE CORPORATION,                            :

                                    Defendants.          :
-----------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between each of the parties in the above-captioned action, through their undersigned counsel that, pursuant to the terms of a Settlement Agreement, made and entered into as of August 31, 2012, the above-captioned action is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: New York, New York
       September 12, 2012

ROBINSON BROG LEINWAND GREENE
GENOVESE & GLUCK P.C.

By: _____
        David C. Burger
875 Third Avenue
New York, New York 10022
(212) 603-6300
Attorneys for Plaintiff

PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP

By: _____
        Allan J. Arffa
1285 Avenue of the Americas
New York, New York 10019
(212) 373-3000
Attorneys for Defendant
Craig Thompson M.D.

WILMER CUTLER PICKERING
HALE and DORR LLP

By: _____
        Peter J. Macdonald
399 Park Avenue
New York, New York 10022
(212) 230-8800
Attorneys for Defendant Agios
Pharmaceuticals, Inc.

KAYE SCHOLER LLP

By: _____
        Jay Mayesh
425 Park Avenue
New York, New York 10022
(212) 836-8000
Attorneys for Defendant
Celgene Corporation

SO ORDERED: _____
            Honorable Naomi R. Buchwald
            United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
THE LEONARD AND MADLYN ABRAMSON FAMILY CANCER:
RESEARCH INSTITUTE AT THE ABRAMSON CANCER
CENTER OF THE UNIVERSITY OF PENNSYLVANIA,     :     11-cv-09108-NRB

                               Plaintiff,     :

    -against-

                                                  :

CRAIG THOMPSON, M.D., AGIOS PHARMACEUTICALS,
INC. and CELGENE CORPORATION,     :

                              Defendants.     :
-------------------------------------------------------------X

      IT IS HEREBY STIPULATED AND AGREED, by and between each of the parties in the above-captioned action, through their undersigned counsel that, pursuant to the terms of a Settlement Agreement, made and entered into as of August 31, 2012, the above-captioned action is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: New York, New York
       September 6, 2012

**ROBINSON BROG LEINWAND GREENE**
**GENOVESE & GLUCK P.C.**

By:_____
     David C. Burger
875 Third Avenue
New York, New York 10022
(212) 603-6300
Attorneys for Plaintiff

**PAUL, WEISS, RIFKIND, WHARTON**
**& GARRISON LLP**

By:_____
     Allan J. Arffa
1285 Avenue of the Americas
New York, New York 10019
(212) 373-3000
Attorneys for Defendant
Craig Thompson M.D.

**WILMER CUTLER PICKERING**
**HALE and DORR LLP**

By: /s/ Peter J. Macdonald
     Peter J. Macdonald
399 Park Avenue
New York, New York 10022
(212) 230-8800
Attorneys for Defendant Agios
Pharmaceuticals, Inc.

**KAYE SCHOLER LLP**

By:_____
     Jay Mayesh
425 Park Avenue
New York, New York 10022
(212) 836-8000
Attorneys for Defendant
Celgene Corporation

          SO ORDERED:_____
                              Honorable Naomi R. Buchwald
                              United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THE LEONARD AND MADLYN ABRAMSON FAMILY CANCER :
RESEARCH INSTITUTE AT THE ABRAMSON CANCER
CENTER OF THE UNIVERSITY OF PENNSYLVANIA,   :   11-cv-09108-NRB

                          Plaintiff,   :

-against-

                                 :

CRAIG THOMPSON, M.D., AGIOS PHARMACEUTICALS,
INC. and CELGENE CORPORATION,   :

                        Defendants.   :
------------------------------------------------------------X

      IT IS HEREBY STIPULATED AND AGREED, by and between each of the parties in the above-captioned action, through their undersigned counsel that, pursuant to the terms of a Settlement Agreement, made and entered into as of August 31, 2012, the above-captioned action is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: New York, New York
       September 6, 2012

| ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C. | WILMER CUTLER PICKERING HALE and DORR LLP |
|---|---|
| By:_____<br>David C. Burger<br>875 Third Avenue<br>New York, New York 10022<br>(212) 603-6300<br>Attorneys for Plaintiff | By:_____<br>Peter J. Macdonald<br>399 Park Avenue<br>New York, New York 10022<br>(212) 230-8800<br>Attorneys for Defendant Agios Pharmaceuticals, Inc. |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | KAYE SCHOLER LLP |
| By:_____<br>Allan J. Arffa<br>1285 Avenue of the Americas<br>New York, New York 10019<br>(212) 373-3000<br>Attorneys for Defendant<br>Craig Thompson M.D. | By: /s/ Jay P. Mayesh<br>Jay Mayesh<br>425 Park Avenue<br>New York, New York 10022<br>(212) 836-8000<br>Attorneys for Defendant<br>Celgene Corporation |

SO ORDERED: /s/ Naomi Reice Buchwald,
Honorable Naomi R. Buchwald
United States District Judge   9/11/12